UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 11 AM 10: 12

CLERK___/rw/___
SO. DIST. OF GA.

| | |
|---|---|
| KENYA ROSHAY GREEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CV605-119 |
| MIKE KILE, Sheriff, and<br>JAMES E. DONALD, Commissioner,<br>Georgia Department of Corrections, | ) ) ) ) |
| Respondents. | ) ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _Sept._, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA